IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARIA LEWICKY, et al. ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 91 C 7088 consolidated with No. 94 C 762 |
| RAYMOND H. CHOU, et al., ) | |
| Defendants. ) | HONORABLE JOHN F. GRADY |

## MEMORANDUM OF JUDGMENT

On September 19, 2007, judgment was entered in this Court in favor of the Plaintiff, Daria Lewicky, and against Defendant, Raymond H. Chou, whose address is 2370 North Elston Avenue, Chicago, Illinois 60614 in the amount of $900,000.

ENTER:

_____
Judge

Date: October 1, 2007

Harvey J. Barnett
Law Office of Harvey J. Barnett, Ltd.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
312-242-6280